DUANE MORRIS LLP
Brian McQuillen
Vanessa C. Hew
Robert T. Parker
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SCHUTTE BAGCLOSURES INC.,

              Plaintiff,

    -against-

KWIK LOK CORPORATION, a Washington
State Corporation

             Defendants.
-------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

Civil Action No. 12-CV-5541
(JGK)

    PLEASE TAKE NOTICE that Vanessa C. Hew of the firm of Duane Morris LLP hereby appears as counsel to Kwik Lok Corporation, a Washington State Corporation, and requests that her name be placed on the Court's CM/ECF mailing matrix.

DATED:  New York, New York
              October 23, 2012

                                    DUANE MORRIS LLP

                                    By:   /Vanessa C. Hew/
                                    Brian McQuillen
                                    Vanessa C. Hew
                                    Robert T. Parker
                                    1540 Broadway
                                    New York, New York 10036-4086
                                    Tel. No.: (212) 692-1000
                                    Fax No.: (212) 692-1020

                                    *Attorneys for Defendant*
                                    *Kwik Lok Corporation*