DUANE MORRIS LLP
Brian McQuillen
Vanessa C. Hew
Robert T. Parker
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCHUTTE BAGCLOSURES INC.,                  :
                                           :
                                           :
                 Plaintiff,                :
                                           :
     -against-                             :
                                           :      **NOTICE OF APPEARANCE**
KWIK LOK CORPORATION, a Washington         :      Civil Action No. 12-CV-5541
State Corporation                          :      (JGK)
                                           :
                 Defendants.               :
------------------------------------------------------------ X

     PLEASE TAKE NOTICE that Robert T. Parker of the firm of Duane Morris LLP hereby appears as counsel to Kwik Lok Corporation, a Washington State Corporation, and requests that his name be placed on the Court's CM/ECF mailing matrix.

DATED:  New York, New York          DUANE MORRIS LLP
           October 23, 2012

                                      By:   /Robert T. Parker/_____
                                           Brian McQuillen
                                           Vanessa C. Hew
                                           Robert T. Parker
                                           1540 Broadway
                                           New York, New York 10036-4086
                                           Tel. No.: (212) 692-1000
                                           Fax No.: (212) 692-1020

                                           *Attorneys for Defendant*
                                           *Kwik Lok Corporation*