UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHUTTE BAGCLOSURES, INC.,

                Plaintiff,

- against -

KWIK LOK CORPORATION,

                Defendant.

12 Civ. 5541 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff filed an Amended Complaint on December 10, 2012. Accordingly, the defendant's Motion to Dismiss is **denied as moot**. **The Clerk is directed to close Docket No. 7.**

    The time to move or answer the Amended Complaint is **December 28, 2012**. The plaintiff's response is due **January 11, 2013**. The defendant's reply, if any, is due **January 22, 2013**.

SO ORDERED.

Dated:    New York, New York
            December 19, 2012

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/20/12