**DUANE MORRIS LLP**
Brian McQuillen
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1015
Fax: (212) 202-7804

*Attorneys for Defendant, Kwik Lok Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCHUTTE BAGCLOSURES INC., ) | Case No. 12-cv-5541 |
| ) | ECF CASE |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KWIK LOK CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND/OR 12(B)(6), OR TRANSFER THE CASE**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declarations of Lorne House and R. Terry Parker with the exhibits attached thereto, Defendant Kwik Lok Corporation, by its undersigned attorneys, Duane Morris LLP, hereby moves this Court to dismiss the amended complaint in the above-captioned action pursuant to rules 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure, or alternatively to transfer the case.

Dated: New York, N.Y.
December 28, 2012

                                  Respectfully submitted,

                                  /s/   Brian McQuillen
                                  **DUANE MORRIS LLP**
                                  Brian McQuillen
                                  Vanessa C. Hew
                                  R. Terry Parker
                                  1540 Broadway
                                  New York, NY 10036-4086
                                  Tel: (212) 692-1015
                                  Fax: (212) 202-7804

                                  *Attorneys for Defendant, Kwik Lok Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2012, I electronically filed the foregoing Notice of Motion to Dismiss, Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6), or Transfer the Case, Declaration of Lorne House and Declaration of R. Terry Parker with Exhibits attached thereto with the Clerk of the Court using the CM/ECF system by which notification of such filing is sent to the following:

>Martin Frederik Gusy
>Matthew Jason Weldon
>Gusy Van Der Zandt LLP
>261 Madison Ave, 15th Floor
>New York, NY 10016
>(646) 536-8154
>Fax: (646) 536-8154
>Email: mg@gusyvanderzandt.com
>Email: mw@gusyvanderzandt.com
>
>*Attorneys for Plaintiff Schutte Bagclosures Inc.*

_____
Edwin E. Grullon