AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| Schutte Bagclosures Inc. )<br>*Plaintiff* )<br>v. )<br>Kwik Lok Corporation )<br>*Defendant* ) | Case No. 12-CV-05541 (JGK) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Schutte Bagclosures Inc.

Date:   07/02/2013

*Attorney's signature*

Carl M.R. van der Zandt (CZ2510)
*Printed name and bar number*
261 Madison Avenue, 15th Floor
New York, New York, 10016

*Address*

cz@gusyvanderzandt.com
*E-mail address*

(646) 502-8066
*Telephone number*

(646) 536-8154
*FAX number*