UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SCHUTTE BAGDISCLOSURES,
                          Plaintiff(s),

        -against-

KWIK LOK CORPORATION,
                         Defendant(s).
---------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

12 civ 5541 (JGK)

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on **Tuesday, July 23, 2013 at 11:00am,** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                               Don Fletcher
                                      Courtroom Case Manager

Dated: New York, New York
         July 8, 2013

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2013
```