UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHUTTE BAGCLOSURES, INC.,

           Plaintiff,

  - against -

KWIK LOK CORPORATION,

           Defendant.

12 Civ. 5541 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at today's argument, the Defendants' Motion to Dismiss is **granted in part and denied in part**.

    The Clerk is directed to close **Docket No. 18**.

SO ORDERED.

Dated:    New York, New York
          July 23, 2013

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/24/13