UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHUTTE BAGCLOSURES INC.,

             Plaintiff,

- against -

KWIK LOK CORPORATION,

             Defendant.

---

12 Civ. 5541 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at today's argument, the defendant's motion to dismiss is **granted in part and denied in part**. The Clerk is directed to close Docket No. 18.

The plaintiff may file an amended complaint within fourteen days, and the defendant may move or answer within fourteen days thereafter.

The parties should meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. The parties should submit their Rule 26(f) report to the Court by September 6, 2013. A conference is scheduled for September 10, 2013 at 4:30pm.

SO ORDERED.

Dated:    New York, New York
            July 23, 2013

                                                     John G. Koeltl
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/24/13