# Exhibit 1

Int. Cl.: 20

Prior U.S. Cls.: 2 and 50

United States Patent and Trademark Office

Reg. No. 1,975,545
Registered May 28, 1996

## TRADEMARK
### PRINCIPAL REGISTER



KWIK LOK CORPORATION (WASHINGTON CORPORATION)
P. O. BOX 9548
YAKIMA, WA 98909

FOR: PLASTIC CLOSURES FOR BAGS, IN CLASS 20 (U.S. CLS. 2 AND 50).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

THE LINING AND STIPPLING SHOWN IN THE MARK ON THE DRAWING IS FOR SHADING PURPOSES ONLY AND IS NOT A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

SEC. 2(F).

SER. NO. 74-055,719, FILED 5-4-1990.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cl.: 2

**United States Patent and Trademark Office**

Reg. No. 1,972,043
Registered May 7, 1996

## TRADEMARK
## PRINCIPAL REGISTER



KWIK LOK CORPORATION (WASHINGTON CORPORATION)
P.O. BOX 9548
YAKIMA, WA 98909

FOR: PLASTIC CLOSURES FOR BAGS, IN CLASS 20 (U.S. CL. 2).
FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NO. 1,084,804.
THE MATTER SHOWN IN DOTTED LINES IS NOT A PART OF THE MARK AND NO CLAIM IS MADE TO IT.
SEC. 2(F).

SER. NO. 74-055,742, FILED 5-4-1990.

HENRY S. ZAK, EXAMINING ATTORNEY