AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Kwik Lok Corporation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   12-CV-05541 (JGK) |
| Schutte Bagclosures B.V. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Counterclaim Defendant Schutte Bagclosures B.V.

Date:   09/06/2013

*Attorney's signature*

Carl M.R. van der Zandt (CZ2510)
*Printed name and bar number*
261 Madison Avenue, 15th floor
New York, New York, 10016

*Address*

cz@gusyvanderzandt.com
*E-mail address*

(646) 502-8066
*Telephone number*

(646) 536-8154
*FAX number*