UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHUTTE BAGCLOSURES INC.,

        Plaintiff,

-against-

KWIK LOK CORPORATION

        Defendant.

12 cv 5541 ( JFK )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of **Kevin S. Costanza**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Washington and California**; and that his/her contact information is as follows (please print):

Applicant's Name: Kevin S. Costanza

Firm Name: Seed Intellectual Property Law Group PLLC

Address: 701 Fifth Avenue, Suite 5400

City / State / Zip: Seattle, Washington 98104

Telephone / Fax: 206-622-4900/206-682-6031

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Kwik Lok Corporation** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/14/13

                      United States District / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/16/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHUTTE BAGCLOSURES INC.,

                Plaintiff,

-against-

KWIK LOK CORPORATION

                Defendant.

12 cv 5541 (JFK)

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Kevin S. Costanza**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Kwik Lok Corporation** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Washington and California** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 10, 2013

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: Kevin S. Costanza

Firm Name: Seed Intellectual Property Law Group PLLC

Address: 701 Fifth Avenue, Suite 5400

City / State / Zip: Seattle, Washington 98104

Telephone / Fax: 206-622-4900/206-682-6031

E-Mail: KevinCo@seedIP.com

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION ) | BAR NO. 25153 |
| ) | |
| OF ) | **CERTIFICATE OF** |
| ) | |
| KEVIN SAMUEL COSTANZA ) | **GOOD STANDING** |
| ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE ) | |
| ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

**KEVIN SAMUEL COSTANZA**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 9, 1995, and is now and has continuously since that date been an attorney in good standing, with a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 3rd day of September, 2013.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court