UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Schutte Bagclosures Inc.

                Plaintiff,

    -against-

Kwik Lok Corporation

                Defendant.
-------------------------------------------------------

Case No. 12-CV-05541 (JGK)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

           **Carl M.R. van der Zandt**
           FILL IN ATTORNEY NAME

My SDNY Bar Number is: CZ2510    My State Bar Number is 4321477

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Gusy Van der Zandt LLP
                FIRM ADDRESS: 261 Madison Avenue, 15ht floor
                FIRM TELEPHONE NUMBER: (646)502-8066
                FIRM FAX NUMBER: (646)536-8154

NEW FIRM:    FIRM NAME: Hand Baldachin & Amburgey LLP
                FIRM ADDRESS: 8 West 40th Street, 12th floor
                FIRM TELEPHONE NUMBER: (212)956-2699
                FIRM FAX NUMBER: (212)376-6080

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 15, 2013

                                              ATTORNEY'S SIGNATURE