UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
Kwik Lok Corporation

                  Plaintiff,

   -against-

Schutte Bagclosures Inc.
Schutte Bagclosures B.V.    Defendant.
-------------------------------------------------

Case No. 12-CV-05541 (JGK)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Carl M.R. van der Zandt__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __CZ2510__    My State Bar Number is __4321477__

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: __Gusy Van der Zandt LLP__
                  FIRM ADDRESS: __261 Madison Avenue, 15ht floor__
                  FIRM TELEPHONE NUMBER: __(646)502-8066__
                  FIRM FAX NUMBER: __(646)536-8154__

NEW FIRM:    FIRM NAME: __Hand Baldachin & Amburgey LLP__
                    FIRM ADDRESS: __8 West 40th Street, 12th floor__
                  FIRM TELEPHONE NUMBER: __(212)956-2699__
                  FIRM FAX NUMBER: __(212)376-6080__

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 15, 2013

_____
ATTORNEY'S SIGNATURE