

October 17, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/18/13

**Martin F. Gusy**
**Matthew J. Weldon**
Direct Phone  212-453-3723
Direct Fax     646-461-2070
mgusy@cozen.com

**VIA ORDERS AND JUDGMENTS CLERK:**
**'ORDERS_AND_JUDGMENTS@NYSD.USCOURTS.GOV'**

The Honorable John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

5541  JGK
10/21/13

Re:   Schutte Bagclosures Inc. v. Kwik Lok Corporation, 12-CV-5545 (JGK)

Dear Judge Koeltl:

We, Martin Gusy and Matthew Weldon, hereby request to withdraw as attorneys of record for Plaintiff Schutte Bagclosures Inc. ("Schutte"), and henceforth to neither receive nor be required to receive notice, electronic or otherwise, in the above-captioned case. Neither of us has ever appeared on behalf of the recently added counterclaim defendant, Schutte Bagclosures B.V. We are no longer associated with the firm of Gusy Van der Zandt LLP. Schutte will continue to be represented by Mr. Carl M.R. van der Zandt, Esq., now of Hand Baldachin & Amburgey LLP, which the Court and opposing counsel have already been apprised of, and no prejudice will result from this withdrawal.

Respectfully submitted,

Martin F. Gusy  (MG 2504)

Matthew J. Weldon (MW 9836)

CC: TO ALL COUNSEL OF RECORD VIA E-MAIL

SO ORDERED:

Dated:  10/18/13 , 2013

The Honorable John G. Koeltl
United States District Judge

45 Broadway  16th Floor New York, NY 10006
212.509.9400   800.437.7040   212.509.9492 Fax   cozen.com