UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SCHUTTE BAGCLOSURES, INC.,
                              Plaintiff(s),

      -against-

KWIK LOK CORPORATION,
                             Defendant(s).
----------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

12 civ 5541 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, October 31, 2013** in Courtroom 12B, at 2:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                     **Don Fletcher**
                                             **Courtroom Case Manager**

Dated: New York, New York
         October 25, 2013

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/25/2013 |