```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC# _____
SCHUTTE BAGCLOSURES INC.,                   DATE FILED: 11-1-13

                    Plaintiff,              12 Civ. 5541 (JGK)

        - against -                         ORDER

KWIK LOK CORPORATION,

                    Defendant.
```

JOHN G. KOELTL, District Judge:

The plaintiff should provide a letter to defense counsel by **November 8, 2013** explaining any bases for dismissing the counterclaims in this action. Any amended pleadings shall be filed by **November 15, 2013**. The time to answer or move to dismiss the amended counterclaims is **December 6, 2013**.

SO ORDERED.

Dated:    New York, New York
          October 31, 2013

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge