USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/3/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHUTTE BAGCLOSURES, INC., <br><br> Plaintiffs <br><br> v. <br><br> KWIK LOK CORPORATION, <br><br> Defendant. | Case No. 12-cv-5541 (JGK) |
| KWIK LOK CORPORATION, <br><br> Counterclaim Plaintiff <br><br> v. <br><br> SCHUTTE BAGCLOSURES, INC., and SCHUTTE BAGCLOSURES, B.V., <br><br> Counterclaim Defendants | STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE |

Schutte Bagclosures, Inc. and Schutte Bagclosures, B.V. (collectively "Plaintiffs and Counterclaim Defendants"), and Kwik Lok Corporation ("Defendants and Counterclaim Plaintiffs"), through their respective counsel, hereby submit this joint stipulation seeking an amended briefing schedule for Plaintiffs' anticipated motion to dismiss.

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, as follows:

1. The time to answer or move to dismiss the amended counterclaims shall be no later than **December 27, 2013**;

2.  Provided Plaintiffs and Counterclaim Defendants file a motion to dismiss, any opposition thereto by Defendants and Counterclaim Plaintiffs shall be served upon counsel for Plaintiffs and Counterclaim Defendants on or before **January 17, 2014**; and

3.  Provided Plaintiffs and Counterclaim Defendants file a motion to dismiss, Plaintiffs and Counterclaim Defendants' reply memorandum of law shall be served upon counsel for Defendants and Counterclaim Plaintiffs on or before **January 24, 2014**.

Respectfully submitted,

Dated: New York, New York
November 27, 2013

Dated: New York, New York
November 27, 2013

**HAND BALDACHIN & AMBURGEY LLP**

_____
Carl M.R. van der Zandt

8 West 40th Street, 12th Floor
New York, NY 10018
Phone: 212.295.2699
Fax: 212.376.6080
Email: cvdzandt@hballp.com

*Counsel for Plaintiffs
and Counterclaim Defendants*

**DUANE MORRIS LLP**

_____
Brian McQuillen

1540 Broadway
New York, NY 10036-4086
Phone: 212.692.1015
Fax: 212.692.1020
Email: BMcQuillen@duanemorris.com

*Counsel for Defendants
and Counterclaim Plaintiffs*

**SO ORDERED.**

_____
Hon. John G. Koeltl, United States District Judge

12/3/13

- 2 -