# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHUTTE BAGCLOSURES INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>KWIK LOK CORPORATION, <br><br>　　　　Defendant. <br><br>─────────────────────────── <br><br>KWIK LOK CORPORATION, <br><br>　　　　Counterclaim Plaintiff, <br><br>　　v. <br><br>SCHUTTE BAGCLOSURES INC. and <br>SCHUTTE BAGCLOSURES B.V., <br><br>　　　　Counterclaim Defendants. | Case No. 12-cv-5541 (JGK) <br><br>ECF Case <br><br>~~STIPULATED [PROPOSED]~~ <br>ORDER FOR BRIEFING SCHEDULE <br><br><br>USDC SDNY <br>DOCUMENT <br>ELECTRONICALLY FILED <br>DOC# _____ <br>DATE FILED: 1/13/14 |

Kwik Lok Corporation ("Kwik Lok") and Schutte Bagclosures, Inc. and Schutte Bagclosures, B.V., by and through their respective counsel, hereby submit this joint stipulation seeking an amended briefing schedule.

WHEREAS Schutte Bagelsoures B.V. has moved to dismiss Kwik Lok's counterclaims for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and Schutte Bagclosures, Inc. and Schutte Bagclosures, B.V. have moved to dismiss Kwik Lok's counterclaims for failure to state a claim pursuant to Rule 12(b)(6);

WHEREAS the deadline for Kwik Lok's opposition to Schutte Bagclosures, Inc. and Schutte Bagclosures, B.V.'s motion to dismiss is currently scheduled for January 14, 2014;

WHEREAS the deadline for Schutte Bagclosures, Inc. and Schutte Bagclosures, B.V.'s reply thereto is currently scheduled for January 24, 2014;

WHEREAS the parties have discussed and expect jurisdictional discovery to be concluded by January 31, 2014;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, as follows:

1. Kwik Lok's opposition to Schutte Bagclosures, Inc. and Schutte Bagclosures, B.V.'s motion to dismiss shall be served upon counsel for Schutte Bagclosures, Inc. and Schutte Bagclosures, B.V. no later than **February 7, 2014**;

2. Schutte Bagclosures, Inc. and Schutte Bagclosures, B.V.'s reply to Kwik Lok's opposition shall be served upon counsel for Kwik Lok on or before ~~March 7, 2014~~ February 21, 2014.

Respectfully submitted,

Dated: New York, New York  
January 10, 2014

HAND BALDACHIN & AMBURGEY LLP

Carl M.R. van der Zandt  
8 West 40th Street, 12th Floor  
New York, NY 10018  
Phone: (212) 295-2699  
Fax: (212) 376-6080  
Email: cvdzandt@hballp.com

*Counsel for Plaintiffs and Counterclaim Defendants Schutte Bagclosures B.V. and Schutte Bagclosures Inc.*

Dated: New York, New York  
January 10, 2014

DUANE MORRIS LLP

Brian McQuillen  
1540 Broadway  
New York, NY 10036-4086  
Tel: (212) 692-1015  
Fax: (212) 202-7804  
Email: BMcQuillen@duanemorris.com

*Attorneys for Defendant and Counterclaim Plaintiffs Kwik Lok Corporation*

SO ORDERED.

_____  
Hon. John G. Koeltl, United States District Judge

1/13/14