# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Schutte Bagclosures, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-cv-5541 |
| Kwik Lok Corporation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Schutte Bagclosures, Inc. and Schutte Bagclosures, B.V.

Date: 02/10/2014

*Attorney's signature*

Sherli Yeroushalmi #4783577
*Printed name and bar number*

Hand Baldachin & Amburgey LLP
8 West 40th Streeet
Floor 12
New York, NY 10018
*Address*

syeroushalmi@hballp.com
*E-mail address*

(212) 295-2721
*Telephone number*

*FAX number*