UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHUTTE BAGCLOSURES INC., | Case No. 12-cv-5541 (JGK) |
| Plaintiffs, | ECF Case |
| v. | |
| KWIK LOK CORPORATION, | |
| Defendant. | |
| KWIK LOK CORPORATION, | |
| Counterclaim Plaintiff, | |
| v. | |
| SCHUTTE BAGCLOSURES INC. and SCHUTTE BAGCLOSURES B.V., | |
| Counterclaim Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/4/14

## (PROPOSED) REVISED SCHEDULING ORDER

The following revised schedule is entered:

| Date | Event |
|---|---|
| March 5, 2014 | Last day to serve interrogatories. |
| March 15, 2014 | Last day to complete productions responsive to document requests. |
| April 15, 2014 | Close of all fact discovery except for request to admit. |
| April 20, 2014 | Last day to serve requests to admit. |
| May 16, 2014 | Responses to requests to admit and initial expert reports due. |
| June 17, 2014 | Rebuttal expert reports due. |
| July 10, 2014 | Close of all expert discovery. |

| | |
|---|---|
| July 31, 2014 | Last day to complete mediation before a mutually agreed mediator. |
| August 8, 2014 | Joint Preliminary Trial report due. |
| August 30, 2014 | Last day to file summary judgment motion(s). |
| 28 days after Court's decision on summary judgment motions | Joint Final Trial Report due. |

**SO ORDERED**

Dated: 3/3/14
New York, New York

_____
JUDGE JOHN G. KOELTL
United States District Judge