UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHUTTE BAGCLOSURES INC.,          )
                                   )
            Plaintiff,             )
                                   )
        v.                         )
                                   )
KWIK LOK CORPORATION,              )
                                   )
            Defendant.             )
_____)          Case No. 12-cv-5541 (JGK)
                                   )
KWIK LOK CORPORATION,              )
                                   )
        Counterclaim Plaintiff     )
                                   )
        v.                         )
                                   )
SCHUTTE BAGCLOSURES INC., and      )
SCHUTTE BAGCLOSURES B.V.,          )
                                   )
        Counterclaim Defendants    )
_____)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____

## (PROPOSED) ORDER

This matter is before the Court on Schutte's Unopposed Request to conduct the

Deposition of Jere Irwin on or before April 30, 2014.


Having considered the matter, it is ORDERED that the Motion is GRANTED.


Dated: _____
        New York, New York

_____
JUDGE JOHN G. KOELTL
United States District Judge