UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHUTTE BAGCLOSURES INC.,

                Plaintiff,        12 Civ. 5541 (JGK)

    - against -              ORDER

KWIK LOK CORPORATION,

                Defendant.

---

JOHN G. KOELTL, District Judge:

As stated at today's conference, the parties' cross-motions for summary judgment are due by **May 23, 2014**. Responses are due by **June 20, 2014**. Replies are due by **July 7, 2014**.

Expert discovery is stayed pending a decision on the parties' cross-motions for summary judgment and pending motion to dismiss. Either party may submit expert affidavits in support or opposition to the summary judgment motions. Expert discovery will commence following the Court's decision on the cross-motions for summary judgment and the pending motion to dismiss, unless the case has been terminated.

SO ORDERED.

Dated:    New York, New York
           April 28, 2014

                                        John G. Koeltl
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/29/14