UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/5/14
```

---

SCHUTTE BAGCLOSURES INC.,

        Plaintiff,

  - against -

KWIK LOK CORPORATION,

        Defendant,

---

12 Civ. 5541 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties' requests for a pre-motion conference in this action have been granted. Accordingly, the Clerk is directed to close Docket Nos. 77 and 78.

SO ORDERED.

Dated:   New York, New York
       May 2, 2014

                              John G. Koeltl
                              United States District Judge