# HAND BALDACHIN AMBURGEY LLP

LAW OFFICES

8 West 40th Street
12th Floor
New York, NY 10018

tel 212.956.9500
fax 212.376.6080

Carl M.R. van der Zandt
Snerli Yeroushalmi
Attorneys at Law

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2014

Via ECF

Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **Schutte Bagclosures Inc. et al. v. Kwik Lok Corp., No. 12-cv-5541 (JGK)**

Dear Judge Koeltl:

We write regarding our April 25, 2014 letter to this Court regarding Schutte Bagclosures Inc.'s ("Schutte Inc.") request for a pre-motion conference filed through ECF (Docket Entry #78). It has been brought to our attention that certain parts of this letter need to be redacted in light of specific provisions of the Protective Order.

We request permission to withdraw this letter from the record and electronically re-file a redacted version. If permission is granted, we would also file a clean version under seal, as per the Protective Order.

Very truly yours,

Carl M.R. van der Zandt
**HAND BALDACHIN & AMBURGEY LLP**

cc: Brian McQuillen, Esq. (via e-mail), counsel for Defendant Kwik Lok Corporation