UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHUTTE BAGCLOSURES INC.,

                Plaintiff,        12 Civ. 5541 (JGK)

     - against -             ORDER

KWIK LOK CORPORATION,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court has stayed only expert discovery in this matter. Fact discovery has not been stayed.

SO ORDERED.

Dated:    New York, New York
          May 8, 2014

                                      John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED 5/8/14