NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA



*FIRM and AFFILIATE OFFICES*

BRIAN MCQUILLEN
DIRECT DIAL: +1 212 692 1015
PERSONAL FAX: +1 212 202 7804
E-MAIL: bmcquillen@duanemorris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

May 22, 2014

**BY ECF**

Hon. John G. Koeltl
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    **Schutte Bagclosures Inc. v. Kwik Lok Corporation (No. 1:12-cv-05541-JGK)**

Dear Judge Koeltl:

    We submit this letter on behalf of Kwik Lok Corporation ("Kwik Lok") in response to Schutte Bagclosures Inc. ("Schutte") request to extend the page limit for Schutte's summary judgment motion to 40 pages instead of 25 pages. Dkt. 89.

    At the pre-motion conference with the Court on April 28, 2014, the page limit on summary judgment motions was explicitly discussed and Schutte had the opportunity to raise the issue of extending the page limit but did not. Rather, we understood the Court to instruct the parties to comply with the 25 page limit set forth in Your Honor's Individual Practice Rule 2(c) and the Standing Order Regarding Case Management Techniques For Complex Civil Cases. However, if the Court is inclined to grant Schutte's request for an extension of the page limit, we request that in the interest of fairness Kwik Lok be granted the same extension on its summary judgment motion. We thank Your Honor for considering this matter.

                                             Sincerely,

                                             Brian McQuillen

cc:    Carl Van Der Zandt, Esq. (via ECF)

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086        PHONE: +1 212 692 1000    FAX: +1 212 692 1020