**DUANE MORRIS LLP**
Brian McQuillen
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1015
Fax: (212) 202-7804

Attorneys for Defendant and Counterclaim Plaintiff
Kwik Lok Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCHUTTE BAGCLOSURES INC., | Case No. 12-cv-5541 (JGK) |
| Plaintiff, | ECF CASE |
| v. | |
| KWIK LOK CORPORATION, | |
| Defendant. | |
| KWIK LOK CORPORATION, | **NOTICE OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Counterclaim Plaintiff, | |
| v. | |
| SCHUTTE BAGCLOSURES INC.<br>SCHUTTE BAGCLOSURES B.V. | |
| Counterclaim Defendants. | |

PLEASE TAKE NOTICE that, upon the Declaration of Brian McQuillen In Support of Defendant's Motion for Partial Summary Judgment, executed on May 23, 2014, and accompanying memorandum of law, defendant-counterclaim plaintiff Kwik Lok Corporation hereby moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for partial summary judgment seeking the dismissal of the following claims as set forth in Plaintiff Schutte Bagclosures Inc.'s Second Amended Complaint: (1) Counts 1 and 2 of the Second Amended Complaint with respect to all the Schutte Products (as defined in the Second Amended Complaint) except the CLIPPS G-Series Products; (2) Count 3 of the Second Amended Complaint with respect to all claims asserted against the 545 Registration; (3) Count 4 of the Second Amended Complaint; (4) Count 5 of the Second Amended Complaint and (5) Count 6 of the Second Amended Complaint.

| | |
|---|---|
| Dated:   New York, NY<br>          May 23, 2014 | DUANE MORRIS LLP<br><br>By:  _/s/_____<br>Brian McQuillen<br>Vanessa C. Hew<br>R. Terry Parker<br>1540 Broadway<br>New York, NY 10036<br>(212) 692-1000<br><br>*Attorneys for Kwik Lok Corporation* |