**HAND BALDACHIN & AMBURGEY LLP**
Carl M.R. van der Zandt
Sherli Yeroushalmi
8 West 40th Street, 12th Floor
New York, NY 10018
Tel:  (212) 295-2699
Fax: (212 376-6080
cvdzandt@hballp.com
syeroushalmi@hballp.com
*Counsel for Plaintiff and Counterclaim Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SCHUTTE BAGCLOSURES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KWIK LOK CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Case No. 12-cv-5541 (JGK) |
| | ) | |
| KWIK LOK CORPORATION, | ) | |
| | ) | |
| Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCHUTTE BAGCLOSURES INC., and | ) | |
| SCHUTTE BAGCLOSURES B.V., | ) | |
| | ) | |
| Counterclaim Defendants | ) | |
| | ) | |

<u>**NOTICE OF MOTION IN SUPPORT OF PLAINTIFF SCHUTTE BAGCLOSURES**</u>
<u>**INC.'S MOTION FOR SUMMARY JUDGMENT**</u>

   **PLEASE TAKE NOTICE** that upon the annexed Declaration of Carl M.R. van der

Zandt, dated May 23, 2014, the accompanying Memorandum of Law, and upon all of the

pleadings and proceedings heretofore and herein, Schutte Bagclosures Inc., by and through its

counsel, will move this Court before the Honorable Judge John G. Koeltl, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 12B, New York, New York, on July 21, 2014, at 9:00 a.m. or as soon thereafter as the matter may be heard for an Order, pursuant to Federal Rule of Civil Procedure 56, granting plaintiff Schutte Bagclosures Inc. summary judgment on all its declaratory and cancellation claims, and all of defendant Kwik Lok Corporation's counterclaims, and granting such other relief as the Court deems just and proper ("Motion for Summary Judgment").

**PLEASE TAKE FURTHER NOTICE**, should the Court deny plaintiff Schutte Bagclosure Inc.'s request for an extension in the page limit for the Memorandum of Law, as requested by letter correspondence and filed on ECF on May 22, 2014, we respectfully request the Court grant us three days to amend the submitted brief.


Dated: May 23, 2014
        New York, New York


                                        Respectfully submitted,


                                        /s/ Carl M.R. van der Zandt
                                        **HAND BALDACHIN & AMBURGEY LLP**
                                        Carl M.R. van der Zandt
                                        Sherli Yeroushalmi
                                        8 West 40th Street, 12th Floor
                                        New York, NY 10018
                                        Tel:  (212) 295-2699
                                        Fax: (212 376-6080
                                        cvdzandt@hballp.com
                                        syeroushalmi@hballp.com

                                        *Counsel for Plaintiff Schutte Bagclosures Inc.*