# STATEMENT OF UNDISPUTED FACTS- CONFIDENTIAL

# FILED UNDER SEAL