| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>BOSTON<br>HOUSTON<br>LOS ANGELES<br>HANOI<br>HO CHI MINH CITY<br>ATLANTA | **Duane Morris**®<br>*FIRM and AFFILIATE OFFICES*<br><br>BRIAN MCQUILLEN<br>DIRECT DIAL. +1 212 692 1015<br>PERSONAL FAX. +1 212 202 7804<br>*E-MAIL.* bmcquillen@duanemorris.com<br><br>*www.duanemorris.com* | BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>MEXICO CITY<br>ALLIANCE WITH<br>MIRANDA & ESTAVILLO |

May 22, 2014

**BY ECF**

Hon. John G. Koeltl
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.

5/26/14

Re:   Schutte Bagclosures Inc. v. Kwik Lok Corporation (No. 1:12-cv-05541-JGK)

Dear Judge Koeltl:

We submit this letter on behalf of Kwik Lok Corporation ("Kwik Lok") in response to Schutte Bagclosures Inc. ("Schutte") request to extend the page limit for Schutte's summary judgment motion to 40 pages instead of 25 pages. Dkt. 89.

At the pre-motion conference with the Court on April 28, 2014, the page limit on summary judgment motions was explicitly discussed and Schutte had the opportunity to raise the issue of extending the page limit but did not. Rather, we understood the Court to instruct the parties to comply with the 25 page limit set forth in Your Honor's Individual Practice Rule 2(c) and the Standing Order Regarding Case Management Techniques For Complex Civil Cases. However, if the Court is inclined to grant Schutte's request for an extension of the page limit, we request that in the interest of fairness Kwik Lok be granted the same extension on its summary judgment motion. We thank Your Honor for considering this matter.

Sincerely,

*/s/ Brian McQuillen*
Brian McQuillen

cc:   Carl Van Der Zandt, Esq. (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/27/14

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086                                    PHONE +1 212 692 1000   FAX +1 212 692 1020