| | | |
|---|---|---|
| NEW YORK |  | BALTIMORE |
| LONDON | | WILMINGTON |
| SINGAPORE | | MIAMI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | BOCA RATON |
| CHICAGO | | PITTSBURGH |
| WASHINGTON, DC | | NEWARK |
| SAN FRANCISCO | BRIAN MCQUILLEN | LAS VEGAS |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1015 | CHERRY HILL |
| SAN DIEGO | PERSONAL FAX: +1 212 202 7804 | LAKE TAHOE |
| BOSTON | *E-MAIL:* bmcquillen@duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| LOS ANGELES | *www.duanemorris.com* | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| ATLANTA | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |

June 16, 2014

**BY ECF**

Hon. John G. Koeltl
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    **Schutte Bagclosures Inc. v. Kwik Lok Corporation (No. 1:12-cv-05541-JGK)**

Dear Judge Koeltl:

      We write regarding Defendant-Counterclaim Plaintiff Kwik Lok Corporation's Opposition to Schutte Bagclosures Inc.'s Motion for Summary Judgment, which is due on June 20, 2014, as per your Honor's Order dated April 28, 2014 (D.E. 79). Further to Section 2(C) of Your Honor's Individual Practices, Defendant-Counterclaim Plaintiff Kwik Lok Corporation ("Kwik Lok") respectfully seeks permission to file an opposition brief that exceeds the 25-page limit set forth in Your Honor's Individual Practices.

      On May 22, 2014, Schutte requested leave to file a 40-page memorandum of law in support of its motion for summary judgment. On May 23, 2014, Schutte filed a 33-page memorandum of law in support of its motion for summary judgment. On May 27, 2014, the Court granted Schutte's request for leave to file a 40-page long Memorandum in support of its Motion for Summary Judgment. Given that the Court granted Schutte permission to file a memorandum of law of up to 40 pages and Schutte filed a 33-page brief that was in excess of the 25-page limit, Kwik Lok hereby requests leave to file a 33-page brief so that Kwik Lok has sufficient opportunity to respond to the arguments raised in Schutte's summary judgment motion. Counsel for Schutte has consented to this request in writing.

Hon. John G. Koeltl
June 16 2014
Page 2

    We thank Your Honor for your consideration of this request.

                                            Respectfully submitted,

                                            Brian McQuillen

cc:    Carl Van Der Zandt, Esq. (via ECF)
        Sherli Yeroushalmi (via ECF)