**DUANE MORRIS LLP**
Brian McQuillen
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1015
Fax: (212) 202-7804

*Attorneys for Defendant and Counterclaim Plaintiff, Kwik Lok Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCHUTTE BAGCLOSURES INC., | Case No. 12-cv-5541 (JGK) |
| Plaintiff, | ECF CASE |
| v. | |
| KWIK LOK CORPORATION, | |
| Defendant. | |
| KWIK LOK CORPORATION, | |
| Counterclaim Plaintiff, | |
| v. | |
| SCHUTTE BAGCLOSURES INC. SCHUTTE BAGCLOSURES B.V. | |
| Counterclaim Defendants. | |

**LOCAL RULE 56.1 COUNTER-STATEMENT OF FACTS**

Pursuant to Rule 56.1(b) of this Court's Local Civil Rules, Defendant and Counterclaim Plaintiff Kwik Lok Corporation ("Kwik Lok"), by its undersigned counsel, respectfully submits the following response to the statement of facts submitted by Plaintiff and Counterclaim Defendant Schutte Bagclosures Inc. ("Schutte") in support of it motion for summary judgment.

# Filed Under Seal Pursuant to Protective Order