**DUANE MORRIS LLP**
Brian McQuillen
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1015
Fax: (212) 202-7804

*Attorneys for Defendant and Counterclaim Plaintiff*
*Kwik Lok Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCHUTTE BAGCLOSURES INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>KWIK LOK CORPORATION,<br><br>    Defendant.<br><br>KWIK LOK CORPORATION,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>SCHUTTE BAGCLOSURES INC.<br>SCHUTTE BAGCLOSURES B.V.<br><br>    Counterclaim Defendants. | Case No. 12-cv-5541 (JGK)<br>ECF CASE<br><br><br><br><br>**DECLARATION OF HAL MILLER IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, HAL H. MILLER, hereby declare:

1.     I am Vice-President of Sales at Kwik Lok Corporation ("Kwik Lok", the

defendant and counterclaim plaintiff in this action.  I hereby submit this declaration in support of

Defendant Kwik Lok's Motion for Partial Summary Judgment.  I have personal knowledge of the facts stated herein, except where specifically stated, and am competent to testify thereto.

2.     I was hired at Kwik Lok in 1979 and have been employed in the sales department at Kwik Lok for about 35 years.  Since 2005, I have been Vice-President of Sales at Kwik Lok.  The statements herein are based on my personal knowledge..

3.     In the Spring of 2011, I along with Mr. Wouter Reijndorp, Kwik Lok's European sales representative, visited Schutte Bagclosures BV.'s facility in the town of Uden in the Netherlands and met with Mr. Wouter Abbenhuis and Mr. Bertil Bruisten.  At the time of this meeting in Uden in the Spring of 2011 the only plastic bag closure product made by Schutte Bagclosures B.V; that I recall having seen was the Shutlok G series as shown below:



Executed on:     July 3, 2014

Yakima, Washington

By: _____
Hal H. Miller