```
                                          USDC SDNY
                                          DOCUMENT
UNITED STATES DISTRICT COURT              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK             DOC#
                                          DATE FILED: 7/10/14
```

SCHUTTE BAGCLOSURES INC.,

              Plaintiff,        12 Civ. 5541 (JGK)

    - against -              ORDER

KWIK LOK CORPORATION,

              Defendant,

JOHN G. KOELTL, District Judge:

    The parties are directed to provide the Court with courtesy copies of the fully briefed motion to dismiss and cross-motions for summary judgment by **July 16, 2014**. The courtesy copies should include all submissions filed in support of and in opposition to the motions, in unredacted form.

SO ORDERED.

Dated:    New York, New York
            July 9, 2014

                                        John G. Koeltl
                                        United States District Judge