UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SCHUTTE BAGCLOSURES,
                Plaintiff(s),

                                              **NOTICE OF ORAL ARGUMENT**

    -against-

KWIK LOK CORPORATION,                         12 civ 5541 (JGK)
                Defendant(s).
-----------------------------------------------------------X

To All Parties,

       You are directed to appear for oral argument on the pending motion(s), to be held on

**Monday, September 8, 2014, at 4:30pm,** in Courtroom 12B, in front of the Honorable John G.

Koeltl.

       **All requests for adjournments must be made in writing to the Court.**

       For any further information, please contact the Court at (212) 805-0107.

                                                                      **Don Fletcher**
                                                       **Courtroom Case Manager**

Dated: New York, New York
           August 12, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2014
```