UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCHUTTE,
                Plaintiff,

                                                                           12 civ 5541 (JGK)

     -against-

KWIK LOK,
                Defendants.
------------------------------------------------------------X

## ORDER

The oral argument originally scheduled for Monday, September 8, 2014, is hereby adjourned to Thursday, September 11, 2014 at 4:30pm.

**SO ORDERED.**

                                                                     JOHN G. KOELTL
                                                       UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 5, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/5/14