

KL0008410



# TABLE OF CONTENTS

### HAND APPLIED BAG CLOSURES

Series A & B: ........................................................................................... Page 4
Series F & G: ........................................................................................... Page 5
Series AM: ............................................................................................... Page 6
Series KWI-PS: ........................................................................................ Page 7
Series W & WP: ....................................................................................... Page 8
Series W72 & WP72: ............................................................................... Page 9
Series WT, WT230 and WT245 (Tree Clips): ........................................ Page 10
Series Y & YP: ........................................................................................ Page 11
Series ZI-PS: ........................................................................................... Page 12

### HAND APPLIED BAG CLOSURE-LABELS

Series C: ................................................................................................. Page 13
Series MS: ............................................................................................... Page 14
Series PS: ................................................................................................ Page 15
Series P-100: ........................................................................................... Page 16
Series T-210: ........................................................................................... Page 17
Series U34: .............................................................................................. Page 18

### BAG CLOSURES WITH DISPENSERS

Series AA & AB: ..................................................................................... Page 19
Series FA & GA: ..................................................................................... Page 20
Series AD & AE: ..................................................................................... Page 21
Series CA (Closure-Labels): .................................................................. Page 22
Supermarket Bulk Foods Labels: (Series CB-1 & 2, CB2-R, MS-B1 & B2, PS-B1 & B2): ........ Page 23
Series DJ: ................................................................................................ Page 24
Series DV & DV-STK: ............................................................................ Page 25
Series JSRC: ............................................................................................ Page 26

### SEMIAUTOMATIC BAG CLOSURES

Series R & S: ........................................................................................... Page 27
Series RJ: ................................................................................................. Page 28
Series RL & SL (including RLP & SLP): ............................................... Page 29
Series RLS & RLSP: ............................................................................... Page 30

### SEMIAUTOMATIC BAG CLOSURE-LABELS

Series CR: ............................................................................................... Page 31
Series L: .................................................................................................. Page 32
Series U: .................................................................................................. Page 34

### AUTOMATIC BAG CLOSURES

Series J-NRP & K-NRP: .......................................................................... Page 35
Series JM-NRP, KM-NRP & KM57-NRP: .............................................. Page 36
Series KMH-NRP: ................................................................................... Page 37
Series V-NRP: ......................................................................................... Page 38
Series VW-NRP: ...................................................................................... Page 39
Series Z-NRP: ......................................................................................... Page 40
Series Z72-NRP: ..................................................................................... Page 41
Series Z90-NRP: ..................................................................................... Page 42

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

KL0008411

### AUTOMATIC BAG CLOSURE-LABELS

Series CJ & CFJ: ............................................................................................... Page 44
Series M: ......................................................................................................... Page 46
Series P, PF & P-200: ....................................................................................... Page 48
Series PFM & PM-200: ..................................................................................... Page 50
Series T, TF & T-220: ....................................................................................... Page 52
Series TFM & TM-220: ..................................................................................... Page 54
Series TFZ: ....................................................................................................... Page 56

### APPENDIX

Bag Closure-Label Information: .................................................................... Pages 58-65

Pre-Printed Closure Information:
Series C & CA: ................................................................................................. Page 64
Series CJ: ................................................................................................... Page 65, 66
Series CFJ: ................................................................................................. Page 67, 68
Series CR: ........................................................................................................ Page 69
Series L: ........................................................................................................... Page 70
Series M, MS: .................................................................................................. Page 71
Series P: ........................................................................................................... Page 72
Series PF: ......................................................................................................... Page 73
Series PFM, PS: ............................................................................................... Page 74
Series P-100: ................................................................................................... Page 75
Series P-200: ................................................................................................... Page 76
Series PM-200: ................................................................................................ Page 77
Series T: ..................................................................................................... Page 78, 79
Series TF: ................................................................................................... Page 80, 81
Series TFM: ................................................................................................ Page 82, 83
Series TFZ: ................................................................................................. Page 84, 85
Series T-210: ................................................................................................... Page 86
Series T-220: .............................................................................................. Page 87, 88
Series TM-220: ........................................................................................... Page 89, 90
Series U: ........................................................................................................... Page 91
Series U-34 ....................................................................................................... Page 92

Dispensers:
63-DJ and 64-DV Dispensers: ......................................................................... Page 93
68-DJ and 69-DV Dispensers: ......................................................................... Page 94
70-DJ and 71-DV Valance Dispenser: ............................................................. Page 95
72 Bulk Dispenser Cup: ................................................................................... Page 96
76A and 76B Dispensers: ................................................................................ Page 97
814 Produce Dispenser Kit: ............................................................................ Page 99

Bag Sizing Charts (Lok Opening Sizes): ...................................................... Page 101
Shipping Carton Dimensions: ....................................................................... Page 105
Terms, Warranty, Return Merchandise Policy: ............................................ Page 106

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

KL0008412



# HAND APPLIED BAG CLOSURES
## Series W and WP

**SERIES W** is available with the closure openings noted at the bottom of the page.

**SERIES WP** is preprinted in a Kwik Lok factory with customer text and is available with the closure openings noted at the bottom of the page.

SEE APPENDIX: PREPRINTED CLOSURES FOR ADDITIONAL INFORMATION.

**HEAVY DUTY CLOSURES**
**UP TO 15 LB (6.8 Kg)**
**CONTENT WEIGHT**

0.45"
(0.114 cm)

Closure Colors available: ...............................................**Red, White** and **Blue**
(Multi-colored packs are not available)
Ink Colors: ............................................................... Blue, Black and Red
Packaged: ......................................2,000 pack, 5 packs per carton (BU-0004) 10M
Minimum Order: ...................................................................................10,000
Approximate Shipping Weight:  ........................................ 10M packs: 32 Lbs (14.5 Kg)

*Size...................1-3/8" (3.49 cm) wide x 1-11/16" (4.29 cm) long*



©2013 KWIK LOK CORPORATION – ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

**KL0008417**



# HAND APPLIED BAG CLOSURES
## Series W72 and WP72



**EXTRA HEAVY DUTY CLOSURES UP TO 25LB (11.3 Kg) CONTENT WEIGHT**

0.72"
0.183 cm

**SERIES W72** is available with the closure openings noted at the bottom of the page.

**SERIES WP72** is preprinted in a Kwik Lok factory with customer text and is available with the closure openings noted at the bottom of the page.

SEE APPENDIX: PREPRINTED CLOSURES FOR ADDITIONAL INFORMATION.

Closure Colors available: ................................................................. **White**
Ink Colors: .............................................................., Blue, Black and Red
Packaged: .........................................1,250/bag, 6 bags per carton (BU-0004) 7.5M
Minimum Order: .................................................................. 15,000 (2 cartons)
Approximate Shipping Weight: ..........................7.5M packs: 39.5 Lbs (17.9 Kg)

*Size...................1-3/8" (3.49 cm) wide x 1-11/16" (4.29 cm) long*



Series WP72

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

KL0008418



# HAND APPLIED TREE CLIPS
## Series WT, WT230 and WT245



**WT230 MEDIUM DUTY**

0.30
(0.076 cm)

**SERIES WT230** tree clip is designed for use in orchards. A pheromone strip is inserted and threaded between the two ¼" diameter holes. The closure opening (#5) is snapped onto a tree limb thereby holding the pheromone strip in place.

Closure Colors available: ........................................................**Red, White and Blue**
(Multi-colored packs are not available)
Packaged: ..................................., 3,000/bag, 5 bags per carton (BU-0004) 15M
Minimum Order: ...................................................................................15,000
Approximate Shipping Weight: ........................................ 15M packs: 34 Lbs (15.4Kg)
Produced at YAKIMA PLANT ONLY.

--------------------------------------------------------------------

**SERIES WT245** is identical to WT230, but is made from a thicker plastic.



**WT245 HEAVY DUTY**

0.45
(0.114 cm)

**SERIES WT** is designed with one ¼" diameter hole, and a pheromone strip is inserted and folded. The closure opening (#5) is snapped onto a tree limb thereby holding the pheromone strip in place.

Closure Colors available: ........................................................**Red, White and Blue**
(Multi-colored packs are not available)
Packaged: .............................................. 2,000/bag, 5 bags per carton (BU-0004) 10M
Minimum Order: ....................................................................................10,000
Approximate Shipping Weight: ........................................ 10M packs: 32 Lbs (14.5 Kg)
Produced at YAKIMA PLANT ONLY.

**WT HEAVY DUTY**

0.45
(0.114 cm)

*Size.................1-3/8" (3.49 cm) wide x 1-11/16" (4.29 cm) long*





**WT230 & WT245**    **WT**





©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

KL0008419



# HAND APPLIED BAG CLOSURES
## Series Y and YP



**EXTRA HEAVY DUTY
CLOSURES
UP TO 40 LBS (18.1 Kg)**

**0.072"
(0.183 cm)**

**SERIES Y** is available with the closure openings noted at the bottom of the page.

**SERIES YP** is preprinted in a Kwik Lok factory with customer text and is available with the closure openings noted at the bottom of the page.

**SEE APPENDIX: PREPRINTED CLOSURES FOR ADDITIONAL INFORMATION.**

Closure Colors available: ................................................................................... **White**
Ink Colors: ...................................................................... Blue, Black and Red
Packaged: ...................................................Loose; 4,000 per carton (BU-0522)
Minimum Order: .......................................................................................4,000
Approximate Shipping Weight; ...................................4M packs: 37 Lbs (16.8 Kg)

*Size.,...............1-11/16" (4.29 cm) wide x 2-3/16" (5.55 cm) long*



GP-6    GP-7    GP-8    GP-9



**NET WEIGHT
15 LBS
DOG FOOD
(MATURE)**

**SERIES YP**

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

Page 11

KL0008420



# HAND APPLIED BAG CLOSURE-LABELS
## Series T-210



**Color Your Life Healthy!**

884 PRINT AREA:
2-3/16"X3/4"
(5.56 cm x 1.91 cm)

SERIES T-210 closure-labels are designed to be printed with Kwik Lok's 884 Thermal Printer. The printer can print bar codes, and other label variables. The T-210 and 884 Printer allow the packager to print their own labels. The back of the label can be preprinted at a Kwik Lok plant with custom graphics. Labels can be printed on our standard C1S Tagboard or a synthetic label material. Series T-210 Closure-Labels are available with the closure openings noted at the bottom of the page.  Labels are available in RIGHT HAND ONLY.

SEE APPENDIX FOR ADDITIONAL CLOSURE-LABEL PRINTING INFORMATION.

After the closure-labels are printed by the 884 Thermal Printer, they can be separated by Kwik Lok's optional 888A Separator unit that removes the labels from the rolls.

*Label Size .................. 2 3/4" (6.99 cm) wide x 2 3/4" (6.99 cm) long*

**MEDIUM DUTY CLOSURES UP TO 5 LBS (2.3 Kg) CONTENT WEIGHT**

0.030"
(0.076 cm)

**Medium Duty:**
Closure Colors available: ............**Red, White, Blue, Orange, Yellow, Green and Tan**
(Multi-colored packs are not available)
Packaged: .......................................1,500 per roll, 8 rolls per carton (BU-0203) 12M
Minimum Order: ..............................................................................48,000 (4 cartons)
Approx. Shipping Weight:  .............................................12M packs: 45 Lbs (20.4 Kg)

------------------------------------------------------------------------------------

**HEAVY DUTY CLOSURES UP TO 10LBS (4.5 Kg) CONTENT WEIGHT**

0.045"
(0.114 cm)

**Heavy Duty:**
Closure Colors available: .......................................................**Red, White and Blue**
(Multi-colored packs are not available)
Packaged: ..................................1,250 per roll, 8 rolls per carton (BU-0203) 10M
Minimum Order: ...........................................................................50,000 (5 cartons)
Approx. Shipping Weight: .............................................10M packs: 52 Lbs (23.6 Kg)

| #0 | #0/1 | #1/A | #2 | #3 | GP-1 |
|----|------|------|----|----|------|
| | | | | Heavy Duty Recommended | |

| GP-2 | GP-3 | GP-4 | TG-2 | TG-3 | TG-4 |
|------|------|------|------|------|------|

| TGR-3 | TGR-4 | N-1* | N-2B* | N-3* |
|-------|-------|------|-------|------|

*Heavy duty plastic recommended for net bag openings.

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

Page 17

KL0008426



# HAND APPLIED BAG CLOSURES
## Series JSRC Dispenser



**SERIES JSRC** is packed loose in a carton dispenser. The carton has a pull-down opening allowing the loose closures to be individually used in a manual bag closing application. Closures dispensed from the carton offer an inexpensive, practical way of offering the preferred Kwik Lok® on bagged packages. The closure is available with the closure openings shown below.



**MEDIUM DUTY CLOSURES**
**UP TO 5 LBS (2.3 Kg)**
**CONTENT WEIGHT**

0.030"
(0.076 cm)

Closure Colors available: ...........**Red, White, Blue, Orange, Yellow, Green and Tan**
(Multi-colored packs are not available)
Dispenser Carton Size:...........8-1/2" x 8-1/2" x 4-1/2" (21.6 cm x 21.6 cm x 11.4 cm)
Packaged: .........Loose, 4,000 per dispenser/ 6 dispensers per carton (BU-0004) 24M
Minimum Order: ...................................................................................24,000
Approximate Shipping Weight: ....................................24M Packs: 22 Lbs (10 Kg)
Produced at YAKIMA PLANT ONLY.

*Size....................... 7/8" (2.22 cm) wide x 27/32" (2.14 cm) long*



TGR-2          TGR-3

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

KL0008435



# SEMIAUTOMATIC BAG CLOSURES
## Series R & S

SERIES R striploks are available with the closure openings noted at the bottom of the page.

**MEDIUM DUTY CLOSURES UP TO 5 LBS 2.3 Kg CONTENT WEIGHT**

0.030" (0.076 cm)

For bag closing machines: ...........................................................086 and 1002
Closure Colors available:..........**Red, White, Blue, Orange, Yellow, Green and Tan**
(Multi-colored packs are not available)
Packaged: .................................Rolls of 3,000 w/6 rolls per carton (BU-0129) 18M
..................................................Rolls of 3,000 w/15 rolls per carton (BU-0522) 45M
Minimum Order: ............................................................................18,000
Approximate Shipping Weight: .......................................18M Packs: 19 Lbs (8.6 Kg)
..................................................................................45M Packs: 44 Lbs (20.0 Kg)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SERIES S striploks are available with the closure openings noted at the bottom of the page.

**HEAVY DUTY CLOSURES UP TO 10 LBS (4.5 Kg) CONTENT WEIGHT**

0.045" (0.114 cm)

For Bag Closing Machines: ...........................................................086 and 1002
Closure Colors available:.................................................**Red, White and Blue**
(Multi-colored packs are not available)
Packaged: .................................Rolls of 2,200 w/6 rolls per carton (BU-0129) 13.2M
..................................................Rolls of 2,200 w/15 rolls per carton (BU-0522) 33M
Minimum Order: ...........................................................................13,200
Approximate Shipping Weight: ...................................13.2M Packs: 20 Lbs (9.1 Kg)
..................................................................................33M Packs: 43 Lbs (19.5 Kg)

*Size.........................27/32" (2.14 cm) wide x 1" (2.54 cm) long*



*Heavy duty plastic is recommended for net bag openings.

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

KL0008436



# SEMIAUTOMATIC BAG CLOSURES
## Series RL & SL (Including Series RLP and SLP)

**SERIES RL** is manufactured with a small white label affixed to the closure. The label is absorbent, allowing the closure to be printed with price, date, codes or other information. It is available with the closure openings noted at the bottom of the page.

**SERIES RLP** is identical to Series RL, except the label is preprinted with the words "SELL BY".

**MEDIUM DUTY CLOSURES UP TO 5 LBS (2.3 Kg) CONTENT WEIGHT**

0.030"
0.076 cm)

For bag closing machines: ..................................................................086 and 1002
Closure Colors available: ..........**Red, White, Blue, Orange, Yellow, Green and Tan**
(Multiple colors can be packaged in each carton -
5 rolls per color minimum [7.5M])
Packaged: ........................................2,500/roll, 6 rolls per carton (BU-0129) 15M
Minimum Order: .....................................................................................15,000
Approximate Shipping Weight: ...........................15M Pack: 16 Lbs (7.3 Kg)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SERIES SL** is available with the closure openings noted at the bottom of the page.

**SERIES SLP** is preprinted with the words "SELL BY".

**HEAVY DUTY CLOSURES UP TO 10 LBS (4.5 Kg) CONTENT WEIGHT**

0.045"
0.114 cm)

For bag closing machines: ..................................................................086 and 1002
Closure Colors available: ................................................**Red, White and Blue**
(Multi-colored packs are not available)
Packaged: ....................................1,850/roll, 6 rolls per carton (BU-0129) 11.1M
Minimum Order: .....................................................................................11,100
Approximate Shipping Weight: ...........................11.1M Pack: 17 Lbs (7.7 Kg)

*Size..............................27/32" (2.14 cm) wide x 1" (2.54cm) long*

*Label Dimensions.......................3/4" (1.91 cm) x 3/8" (0.96 cm)*



*Heavy duty plastic recommended for net bag openings.

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED.
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

KL0008438



# SEMIAUTOMATIC BAG CLOSURE-LABELS
## Series L



SERIES L closure-labels can be printed in any number of colors on one or both sides. The label can be printed on our standard C1S Tagboard (10 pt, white), or a synthetic label material.  It is available with the closure openings noted at the bottom of the page.

SEE APPENDIX FOR ADDITIONAL CLOSURE-LABEL PRINTING INFORMATION.

For bag closing machines: ................................................................. 082 and 086

*Label Size............... 7/8" (2.22 cm) wide x 2-3/4" (6.99 cm) long*

**Medium Duty:**

**MEDIUM DUTY CLOSURES**
**UP TO 5 LBS (2.3 Kg)**
**CONTENT WEIGHT**

0.030"
(0.076 cm)

Closure Colors available: ..........**Red, White, Blue, Orange, Yellow, Green and Tan**
                                            (Multi-colored packs are not available)
Packaged: ...................................1,000/roll w/29 rolls per carton (BU-0204) 29M
Minimum Order: ......................................................................................29,000
Approximate Shipping Weight: ...................................29M Pack: 55 Lbs (24.9 Kg)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Heavy Duty:**

**HEAVY DUTY CLOSURES**
**UP TO 10 LBS (4.5 Kg)**
**CONTENT WEIGHT**

0.045"
(0.114 cm)

Closure Colors available: ..................................................**Red, White and Blue**
                                            (Multi-colored packs are not available)
Packaged: ...................................1,000/roll w/27 rolls per carton (BU-0203) 27M
Minimum Order: ......................................................................................27,000
Approximate Shipping Weight: ...................................27M Pack: 60 Lbs (27.2 Kg)



*Heavy duty plastic recommended for net bag openings.*

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

KL0008441



# AUTOMATIC BAG CLOSURES
## Series J-NRP & K-NRP

**SERIES J-NRP** is available with the closure openings noted at the bottom of the page.

**For bag closing machines: ......087, 088, 865, 872XLS, 872XLS LM, 873 and 893**
**For the Closure (Auto) Printer-Separator. ..........................................898**

**MEDIUM DUTY CLOSURES**
**UP TO 5 LBS (2.3 Kg)**
**CONTENT WEIGHT**

0.30"
(0.076 cm)

Closure Colors available: .........**Red, White, Blue, Orange, Yellow, Green and Tan**
                   (Multi-colored packs are not available)
Packaged: ...............................................4,000/roll, 15 rolls per carton (BU-0522) 60M
Minimum Order: ...........................................................................................60,000
Approximate Shipping Weight:  ........................60M Pack: 48 Lbs (21.8 Kg)

-----------------------------------------------------------------

**SERIES K-NRP** striplok is identical to the J-NRP design, but manufactured with a heavy duty thickness.  It is available with the closure openings noted at the bottom of the page.

**For bag closing machines: ..............087, 088, 865, 872XLS, 872XLS LM and 873**
**For the Closure (Auto)Printer-Separator. ..........................................898**

**HEAVY DUTY CLOSURES**
**UP TO 10 LBS (4.5 Kg)**
**CONTENT WEIGHT**

0.45"
(0.114 cm)

Closure Colors available: ...........................................................**Red, White and Blue**
                   (Multi-colored packs are not available)
Packaged: ...............................2,500/roll, 15 rolls per carton (BU-0522) 37.5M
Minimum Order: .......................................................................................37,500
Approximate Shipping Weight:  ..............................37.5M Pack: 42 Lbs (19.1 Kg)

*Size........................ 7/8" (2.22 cm) wide x 27/32" (2.14 cm) long*



    TGR-1        TGR-2        TGR-3        TGR-4        TGR-5
    N-0*       N-0/1*       N-1*       N-2B*       N-2F*       N-3*

*Heavy duty plastic is recommended for net bag openings.

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

Page 35

KL0008444



# AUTOMATIC BAG CLOSURE-LABELS
## Series M



**SERIES M** closure-labels can be printed in any number of colors on one or both sides. The label can be printed on our standard C1S Tagboard (10 pt, white), or a synthetic label material. It is available with the closure openings noted at the bottom of the page.

SEE APPENDIX FOR ADDITIONAL CLOSURE-LABEL PRINTING INFORMATION.

SERIES M for bag closing machines:.............................................872XLS LM

*Label Size..............7/8" (2.22 cm) wide x 1-3/8" (3.49 cm) long*



**MEDIUM DUTY CLOSURES UP TO 5 LBS (2.3 Kg) CONTENT WEIGHT**

0.030" (0.076 cm)

**Medium Duty:**
Closure Colors available: ...........Red, White, Blue, Orange, Yellow, Green and Tan
　　　　　　　　　　　　　　　　　(Multi-colored packs are not available)
Packaged: ...............................2,000/roll w/13 rolls per carton (BU-0203) 26M
Minimum Order: ...........................................................................26,000
Approximate Shipping Weight: ...............................26M packs 30 Lbs. (13.6 Kg)



**HEAVY DUTY CLOSURES UP TO 10 LBS (4.5 Kg) CONTENT WEIGHT**

0.045" (0.114 cm)

**Heavy Duty:**
Closure Colors available: .................................................Red, White and Blue
　　　　　　　　　　　　　　　　　(Multi-colored packs are not available)
Packaged: ................................1,500/roll w/13 rolls per carton (BU-0203) 19.5M
Minimum Order: ......................................................................39,000 (2 cartons)
Approximate Shipping Weight: ..............................19.5M packs 30 Lbs. (13.6 Kg)



#0　　#0/1　　#1/A　　#2　　GP-1　　GP-2　　GP-3

GP-4　　TG-2　　TG-3　　TG-4　　TGR-3　　TGR-4

*N-0*　　N-0/1*　　*N-1　　*N-2B　　*N-2F

*Heavy duty plastic recommended for net bag openings.

©2013 KWIK LOK CORPORATION - ALL RIGHTS RESERVED
Kwik Lok® and Striplok® are trademarks of Kwik Lok Corporation.
The shape of the closure is a trademark of Kwik Lok Corporation.

KL0008455