# AUTOMATICALLY APPLIED KWIK LOK BAG CLOSURES

KL0001613

# KWIK LOK® "J" & "K" AUTOMATIC BAG CLOSURES



**SERIES "J" STRIPLOKS®**



## SERIES "J" (MEDIUM DUTY) & SERIES "K" (HEAVY DUTY) STRIPLOK BAG CLOSURES

The Series "J" and Series "K" closures are designed for use with our 1084, 1085, and 1087 Automatic Bag Closing Machines. The closures can be imprinted with price and/or date information as the bags are being closed. The closures are manufactured in seven plastic colors for color coding. The seven available lok opening sizes and optional heavy duty plastic enable the Kwik Lok closures to close a wide range of film and net bag packages.

Series "J" (Medium Duty) Striplok Closures are packaged 4,000 per roll, 15 rolls per carton (60M), and are available in seven plastic colors.

Series "K" (Heavy Duty) Striplok Closures are packaged 2,500 per roll, 15 rolls per carton (37.5M) and are available in red or white plastic only.

### ORDERING INFORMATION

When ordering Series "J" or Series "K" Striploks always specify the following: (1) Quantity, (2) Series, (3) Lok Opening Size, (4) Plastic Color(s).

**EXAMPLE:** 360,000 Series "J" Striploks, No. 1/A Lok Opening Size, Yellow Plastic.

### SERIES "J" & SERIES "K" SPECIFICATIONS

**Size:** 27/32" wide by 7/8" long (21.43 mm x 23.81 mm)
**Thickness:** Series "J"; .030" (.76 mm) Medium Duty
Series "K"; .045" (1.14 mm) Heavy Duty
**Package Weight Ranges:** Series "J"; up to 5 Lbs.
Series "K"; up to 10 Lbs.
**Lok Opening Sizes:** Series "J": "0", "0/1", "1/A", "2", "3", "N-1", "N-2"
Series "K": "1/A", "2", "3", "N-1", "N-2"
**Plastic Colors:** Series "J", Medium Duty; White, Green, Blue, Tan, Yellow, Red and Orange.
Series "K", Heavy Duty; Red or White **ONLY**
**Approx. Shipping Wt.:** Series "J"; 60M Packs, 48 Lbs. (21.8 Kg)
Series "K"; 37.5M Packs, 42 Lbs. (19.0 Kg)

KWIK LOK and STRIPLOK are trademarks of Kwik Lok Corporation.

 **Kwik Lok** CORPORATION
P.O. BOX 9548, YAKIMA, WASHINGTON, U.S.A. 98909 (509) 248-4770
P.O. BOX 96, NEW HAVEN, INDIANA 46774 (219) 493-4429

Form 413-JUS-C    KL0001614    EFFECTIVE 1-84

# TO DETERMINE THE PROPER LOK OPENING SIZE

 It is important that the proper lok opening size be used on all packages. To determine the correct opening, draw the bag neck material down into the lok opening as illustrated below. When this is done, there should be a slight clearance between the jaw points of the lok and the bag neck material. If there is any question, we recommend that you furnish us with 3 samples of each package (including contents) so that we can test them and make the proper selection for you.

## STANDARD GRIP CLOSURES

    

Lok Opening Size: 0 — Lok Opening Size: 0/1 — Lok Opening Size: 1/A — Lok Opening Size: 2 — Lok Opening Size: 3

## NET BAG CLOSURES

 

Lok Opening Size: N-1 — Lok Opening Size: N-2

KL0001615

# KWIK LOK® "JI" & "KI" AUTOMATIC BAG CLOSURES



**SERIES "JI" STRIPLOKS®**

### SERIES "JI" (MEDIUM DUTY) & SERIES "KI" (HEAVY DUTY) STRIPLOK BAG CLOSURES

The Series 'JI' and Series 'KI' closures are designed for use with our 1084, 1085 and 1087 Automatic Bag Closing Machines. The closures can be imprinted with price and/or date information as the bags are being closed. The closures are manufactured in seven plastic colors for color coding. The seven available lok opening sizes and optional heavy duty plastic enable the Kwik Lok closure to close a wide range of film bag sizes.

Series 'JI' (Medium Duty) Striplok Closures are packaged 4,000 per roll, 15 rolls per carton (60M), and are available in seven plastic colors.

Series 'KI' (Heavy Duty) Striplok Closures are packaged 2,500 per roll, 15 rolls per carton (37.5M) and are available in red or white plastic only.

### ORDERING INFORMATION

When ordering Series 'JI' or Series 'KI' Striploks always specify the following: (1) Quantity, (2) Series, (3) Lok Opening Size, (4) Plastic Color(s).

**EXAMPLE:** 360,000 Series 'JI' Striploks, No. TG-3 Lok Opening Size, Yellow Plastic.



### SERIES 'JI' & SERIES 'KI' SPECIFICATIONS

**Size:** 27/32" wide by 7/8" long (21.43 mm x 23.81 mm)
**Thickness:** Series 'JI': .030" (.76 mm) Medium Duty
Series 'KI': .045" (1.14 mm) Heavy Duty
**Package Weight Ranges:** Series 'JI': up to 5 Lbs
Series 'KI': up to 10 Lbs
**Lok Opening Sizes:** Series 'JI': "GP-1", "GP-2", "GP-3", "GP-4", "TG-2", "TG-3", "TG-4"
Series 'KI': "GP-1", "GP-2", "GP-3", "GP-4", "TG-2", "TG-3", "TG-4"
**Plastic Colors:** Series 'JI'; Medium Duty: White, Green, Blue, Tan, Yellow, Orange and Red.
Series 'KI'; Heavy Duty: Red or White **ONLY**.
**Approx. Shipping Wt.:** Series 'JI': 60M Packs, 48 Lbs. (21.8 Kg)
Series 'KI': 37.5M Packs, 42 Lb. (19.0 Kg)

KWIK LOK and STRIPLOK are registered trademarks of Kwik Lok Corporation



**Kwik Lok** CORPORATION
P.O. BOX 9548, YAKIMA, WASHINGTON, U.S.A. 98909 (509) 248-4770
P.O. BOX 96, NEW HAVEN, INDIANA 46774 (219) 493-4429

Form 413-JIUS-C     KL0001616     EFFECTIVE 1-84

## TO DETERMINE THE PROPER LOK OPENING SIZE



It is important that the proper lok opening size be used on all packages. To determine the correct opening, draw the bag neck material down into the lok opening as illustrated below. When this is done, there should be a slight clearance between the jaw points of the lok and the bag neck material. If there is any question, we recommend that you furnish us with 3 samples of each package (including contents) so that we can test them and make the proper selection for you.

## GRIP-PLUS™ CLOSURES

   

Lok Opening Size: GP-1   Lok Opening Size: GP-2   Lok Opening Size: GP-3   Lok Opening Size: GP-4

## TOTAL GRIP™ CLOSURES

  

Lok Opening Size: TG-2   Lok Opening Size: TG-3   Lok Opening Size: TG-4

KL0001617