**HAND BALDACHIN & AMBURGEY LLP**
Carl M.R. van der Zandt
Sherli Yeroushalmi
8 West 40th Street, 12th Floor
New York, NY 10018
Tel: (212) 295-2699
Fax: (212) 376-6080
cvdzandt@hballp.com
syeroushalmi@hballp.com
*Counsel for Plaintiff and Counterclaim Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| SCHUTTE BAGCLOSURES INC., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| KWIK LOK CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 12-cv-5541 (JGK) |
| ) | |
| KWIK LOK CORPORATION, ) | |
| ) | |
| Counterclaim Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| SCHUTTE BAGCLOSURES INC., and ) | |
| SCHUTTE BAGCLOSURES, B.V., ) | |
| ) | |
| Counterclaim Defendants ) | |
| _____ ) | |

**NOTICE OF MOTION OF PLAINTIFF SCHUTTE BAGCLOSURES INC.'S MOTION FOR RECONSIDERATION AND REVISION**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon all of the pleadings and proceedings heretofore and herein, Schutte Bagclosures Inc. a, by and through its counsel, hereby move this Court, to revise and reconsider its Order and Opinion of September 30, 2014.

Pursuant to Federal Rule of Civil Procedure 59(e), a party can make a motion to alter or amend a judgment not later than 28 days after entry of judgment, should party believe the Court "committed clear error or the initial decision was manifestly unjust."

Dated: October 28, 2014
      New York, New York

                    Respectfully submitted,

                    <u>/s/ Carl M.R. van der Zandt</u>
                    **HAND BALDACHIN & AMBURGEY LLP**
                    Carl M.R. van der Zandt
                    Sherli Yeroushalmi
                    8 West 40th Street, 12th Floor
                    New York, NY 10018
                    Tel:  (212) 295-2699
                    Fax: (212 376-6080
                    cvdzandt@hballp.com
                    syeroushalmi@hballp.com

                    *Counsel for Plaintiff Schutte Bagclosures Inc.*