Marc S. Reiner (MR-6669)
HAND BALDACHIN & AMBURGEY LLP
8 West 40th Street, 12th Floor
New York, New York 10018
Telephone: (212) 956-9500
Facsimile: (212) 376-6080

Attorneys for Plaintiff and Counterclaim Defendants
Schutte Bagclosures Inc. and Schutte Bagclosures B.V.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCHUTTE BAGCLOSURES INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>KWIK LOK CORPORATION, )<br>)<br>Defendant. )<br>_____)<br>)<br>KWIK LOK CORPORATION, )<br>)<br>Counterclaim Plaintiff )<br>)<br>v. )<br>)<br>SCHUTTE BAGCLOSURES INC. and )<br>SCHUTTE BAGCLOSURES B.V., )<br>)<br>Counterclaim Defendants )<br>_____) | Case No. 12-cv-5541 (JGK)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as an attorney of record for Plaintiff and Counterclaim Defendants Schutte Bagclosures Inc. and Schutte Bagclosures B.V. and further requests that copies of all papers in this action be served upon him at his office and address set forth below.

–2–

Dated:  February 12, 2015                    **HAND BALDACHIN & AMBURGEY LLP**

By:  */s/ Marc S. Reiner*
     Marc S. Reiner (MR-6669)
     Sherli Yeroushalmi (SY-7886)
     8 West 40th Street, 12th Floor
     New York, New York 10018
     Telephone: (212) 956-9500
     Facsimile: (212) 376-6080

     *Attorneys for Plaintiff and*
     *Counterclaim Defendants*
     *Schutte Bagclosures Inc. and*
     *Schutte Bagclosures B.V.*