UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCHUTTE,

                Plaintiff(s),

    -against-

BAGCLOSURES,

                Defendant(s).
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

12 civ 5541 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, April 9, 2015,** in Courtroom 12B, at 11:30am in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
       April 1, 2015

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2015