🏠 HOME



Select a region... ▼

[search]


OUR CLIPPS


BEHIND THE BRAND


OUR STORY


CONTACT

## An exciting range of bag closures for bakeries, produce packers and the food industry

Your packaging machine runs smoothly thanks to well manufactured bag closures. Prevent your products from drying out, getting moist, gettig stale and decaying with fitting closures that remain in place. Offer your customers a significantly better quality. Use your bag closures to present your products in an attractive and distinctive fashion. Alternatively, you can let your closures carry practical information such as expiration dates or temporary promotions. Delight your customers with a packaging they can easily reseal after opening. If you value your products and want to package them efficiently and effectively, you should select your bag closures with care.

Discover the power of Clipps:

- Clipps are processed smoothly by all closing machines.
- Clipps are of excellent quality and have been approved for use in your bakery or food processing facility.
- Clipps are available in 7 colors and 2 varieties of thickness.
- Clipps are made from virgin Polystyrene.
- Clipps are manufactured to the highest standards by Schutte Bagclosures, experts in bag closures with over fifty years of experience and know-how.
- ISO 9001 certified
- Clipps are offered at competitive prices.
- Clipps are packed in quality boxes, 10 reels of 5000 Clipps each, 50,000 Clipps per box.
- Clipps are available from stock.
- Clipps come with a friendly service, which comes natural to us.

"The approved universal Clipp…. from the number 1 bag closure specialist"





Cited in Schutte Bagclosures v Kwik Lok Corp 12 Civ 5541 Decided 9/29/14 Archived on 10/8/14 This document is protected by copyright. Further reproduction is prohibited without permission.

An exciting range of bag closures for bakeries, produce packers and the food industry

**Clipps® is a registered trademark of Schutte Bagclosures, leaders in bag closures.**



Quick links

Schutte Bagclosures Inc., 228 East 45th Street, 9E New York, NY 10017, United States, +1 347-523-8770

www.schutte.nl
Assortment

Our story
Behind the brand

Disclaimer

©2012 Schutte Bagclosures

Cited in Schutte Bagclosures v Kwik Lok Corp
12Civ5541 Decided 9/29/14
Archived on 10/8/14
This document is protected by copyright.
Further reproduction is prohibited without permission.