```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------

SCHUTTE BAGCLOSURES INC.,

                Plaintiff,

   - against -

KWIK LOK CORPORATION,

                Defendant.

----------------------------------------

KWIK LOK CORPORATION,

                Counterclaim Plaintiff

   - against -

SCHUTTE BAGCLOSURES B.V.,

                Counterclaim Defendant.

----------------------------------------

12 Cv. 5541 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-9-15

JOHN G. KOELTL, District Judge:

    Expert discovery in this case should be completed by **July 24, 2015**. The Joint Pretrial Order, motions in limine, requests to charge, and voir dire, are due by **September 4, 2015**. Responses and objections are due by **September 11, 2015**. Replies, if any, are due **September 18, 2015**. The parties should be ready for trial on 48 hours' notice by **November 6, 2015**.

If a party wishes to make another dispositive motion, a pre-motion letter is due by **July 24, 2015**.

SO ORDERED.

Dated:   New York, New York
         April 9, 2015

                                        _____
                                              John G. Koeltl
                                        United States District Judge